# United States District Court
# For The Western District of North Carolina
# Statesville Division

ERIC ANTHONY WIMBUSH,

    Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                   CASE NO. 5:12CV78

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2012, Order.

                                             Signed: June 21, 2012

                                             Frank G. Johns, Clerk
                                             United States District Court